IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDYLYN RILEY et al.<br><br>Plaintiffs,<br><br>v.<br><br>COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY<br><br>Defendant. | Case No. 2:18-cv-00128-MPK<br><br>HONORABLE MAUREEN P. KELLY |

## NOTICE OF SETTLEMENT

Kindly take notice that the parties in the above-captioned matter have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Respectfully Submitted,

Date: March 5, 2018

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

By: /s/ *Justin M. Tuskan*
Justin M. Tuskan (PA ID 311235)
535 Smithfield Street, 8th Floor
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax: (412) 918-1199
jtuskan@metzlewis.com
*Attorneys for Defendant*
*Collection Management Company d/b/a*
*Credit Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served upon all counsel of record this 5th day of March, 2018, via the Court's Electronic Filing System.

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

*/s/ Justin M. Tuskan*
Justin M. Tuskan
